FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 1 2 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:17-cr-00321-RFB-GWF-2 |
| vs. | |
| JANELLCIE GIBBONS, | |
| Defendant. | **ORDER** |

On February 12, 2018, the Court GRANTED defendant's Motion to Dismiss Counsel (ECF No. 71) and directed the CJA administrator to designate new counsel for JANELLCIE GIBBONS.

Accordingly, IT IS HEREBY ORDERED that **Shawn Perez** is APPOINTED as counsel for JANELLCIE GIBBONS in place of Terrence M. Jackson for all future proceedings.

Mr. Jackson shall forward the file to Mr. Perez forthwith.

DATED this 12th day of February, 2018.

_____
GEORGE W. FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE