**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-cr-00321-RFB-GWF-2 |
| Plaintiff, | **ORDER** |
| vs. | |
| JANELLCIE GIBBONS, | |
| Defendant. | |

On June 21, 2018, this Court granted defendant's oral Motion for Appointment of New Counsel, as stated on the record. Accordingly,

**IT IS HEREBY ORDERED** that **Dustin R. Marcello** is APPOINTED as counsel for Janellcie Gibbons in place of Shawn Perez for all future proceedings.

Shawn Perez's office shall forward the file to Mr. Marcello forthwith.

DATED this 22nd day of June, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE